USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED. 06/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONOFRE POLANCO,

                Plaintiff,

— against —

34th STREET PARTNERSHIP, INC.,

                Defendant.

08 Civ. 11063 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiff Onofre Polanco ("Polanco") brings this employment discrimination lawsuit against 34th Street Partnership, Inc. (the "Partnership") under 42 U.S.C. § 2000e et seq., 42 U.S.C. § 1981, and New York State Human Rights Law, N.Y. Exec. Law § 290 et seq., 296(1)(a). He alleges various adverse changes to his working conditions, a hostile work environment, retaliation and constructive discharge. The Partnership filed a motion for summary judgment, to which Polanco did not file timely opposition. The Partnership's motion is GRANTED. The Court's findings, reasoning and conclusion will be set forth in a Decision and Order to be issued separately.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:    New York, New York
            30 June 2010

                                        Victor Marrero
                                        U.S.D.J.